# Brown, Emily

**From:** Oruganti, Prasanna
**Sent:** Thursday, April 10, 2025 2:22 PM
**To:** Brown, Emily
**Subject:** Fw: OIA Notification of SEVP Termination of SEVIS Record



**Prasanna Lakshmi Oruganti**

**The Ohio State University**
College of Engineering
Department of Food, Agricultural and Biological Engineering
250
590 Woody Hayes Dr, Columbus, OH 43210
412-457-5804 Mobile
oruganti.11@buckeyemail.osu.edu

Pronouns: She/her



**From:** Hansen, Carina <hansen.34@osu.edu>
**Sent:** Tuesday, April 8, 2025 4:46 PM
**To:** oruganti.11@osu.edu <oruganti.11@osu.edu>; Orugantiprasanna3@gmail.com <Orugantiprasanna3@gmail.com>
**Cc:** Yusko, Amanda <yusko.8@osu.edu>; Pentsil-Bukari, Ruby <pentsil-bukari.1@osu.edu>; Hansen, Carina <hansen.34@osu.edu>
**Subject:** Re: OIA Notification of SEVP Termination of SEVIS Record

Dear Prasanna Lakshmi Oruganti,

We regret to inform you that today we discovered that your SEVIS record has been "terminated" by SEVP listing the reason as: **Other - Individual identified in criminal records check and/or has had their VISA revoked.**

Since your SEVIS record has been terminated by SEVP, this indicates the U.S. government believes you have violated your F-1 status. Moreover, this means you no longer have a valid non-immigrant status and your employment authorization on-campus ends immediately.  So, we advise you to cease any F-1 related/campus employment immediately.

For personal legal advice concerning this situation, you may reach out to Student Legal Services (SLS), which may be able to provide guidance: https://studentlegal.osu.edu/

You may want to also reach out to an immigration attorney who specializes in deportation/removal cases.  Here is a resource that may assist you in finding a qualified attorney: https://oia.osu.edu/international-students/life-ohio-state/immigration-attorneys.

Though we may be unable to answer all of your questions, we welcome speaking with you if you would like to do so.  Please let me know if you would like to speak with me or one of my staff copied on this message.

Sincerely,



THE OHIO STATE UNIVERSITY

**Carina D. Hansen**
Director

**The Ohio State University**
Office of International Affairs
International Students and Scholars
140 Enarson Classroom Building
2009 Millikin Road, Columbus, OH 43210
614-292-6101 Office
hansen.34@osu.edu / oia.osu.edu