# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PRASANNA ORUGANTI, | Case No. 2:25-cv-409 |
| Plaintiff, | Judge Marbley |
| v. | Mag. J. Deavers |
| KRISTI NOEM, et al., | |
| Defendants. | |

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 34 and this Court's April 18, 2025 order directing the parties to engage in expedited discovery in advance of the hearing on the motion for preliminary injunction, Plaintiff Prasanna Oruganti hereby gives notice of service of Plaintiff's First Set of Requests for Production of Documents. The discovery requests were served by electronic mail to Defendants' counsel, Christopher Yates.

Respectfully submitted,

By: /s/ Emily Brown

1

| | |
|---|---|
| Emily Brown | Kathleen Kersh |
| Moritz Clinical Programs | Advocates for Basic Legal Equality |
| The Ohio State U. Moritz College of Law | 130 West 2nd Street, Suite 700 |
| PO Box 10095 | Dayton, OH 45402 |
| Columbus OH 43201 | kkersh@ablelaw.org |
| Brown.4485@osu.edu | (937) 535-4408 |
| (631) 897-9699 | |

*Attorneys for Plaintiffs*

Dated: April 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Plaintiff's First Set of Requests for Production of Documents was filed April 23, 2025 through the Court's Electronic Filing System. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Emily Brown*
Emily Brown (0092553)
Counsel for Plaintiff