Declaration of Prasanna Lakshmi Oruganti

I, Prasanna Lakshmi Oruganti, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. My name is Prasanna Lakshmi Oruganti. I am over 18 years of age, have personal knowledge of the facts stated herein, and am competent to testify to these facts.

2. I am a citizen of India and currently reside in Columbus, Franklin County, Ohio. I am a full-time student at The Ohio State University, where I am pursuing a PhD in agricultural engineering.

3. I was born on May 6, 1995, in Tenali, Andhra Pradesh State, India. I completed a Bachelor of Science degree in agriculture at K.K. Wagh College of Agriculture, Nashik, Maharashtra, India, in 2017.

4. I obtained an F1 Visa in August 2018 and I was admitted to the United States using that visa on August 16, 2018, to study at Northwest Missouri State University in Maryville, Missouri.

5. I was issued a Form I-20 to enroll in a two-year master's program in agriculture at Northwest Missouri State. While studying, I also worked as a GRA (Graduate Research Assistant) from August 2018 to August 2019 in the Department of Agriculture's soil science lab, studying the effect of cover crops on soil enzymes and soil health. From 2019 to 2020, I worked as a GA (Graduate Student Assistant) in the Northwest Missouri State School of Computer Science and Information Systems for a course on MS Office for undergraduates. This on-campus employment provided me with a stipend and partial tuition waiver.

6. I graduated with a master's degree in agriculture in May 2020. After that, I applied for and received optional practical training at Kansas State University, where I worked from May 28, 2020, to August 8, 2020, as a temporary Research Technician at the Kansas State University Department of Agronomy.

7. In August 2020, I finished optional practical training and began a PhD program at Kansas State University in the Department of Agronomy in Manhattan, Kansas. My research focused on soil physics. After one semester, I left the program to pursue a job in India. I moved to India in February 2021.

8. I was then admitted to the United States in February 2022 on my valid F-1 visa to pursue a master's degree in business administration and management from Campbellsville

University. I paid the SEVIS fee for my new school, which was Campbellsville University in Kentucky, and traveled back to the States. I attended classes in hybrid mode while I was working on an in-person internship in Overland Park, Kansas for three months in 2022. I was authorized for Curricular Practical Training (CPT) to work at this internship. I then worked an additional five months in 2023 for the nonprofit Carolina Farm Trust in Charlotte, North Carolina, also under CPT.

9. While still enrolled in the MBA program, I visited India on April 28, 2023, for my wedding and returned to the United States on May 16, 2023, where I was again admitted using my F-1 visa.

10. I left the MBA program because I did not want to pursue my career in business anymore. The main reason I no longer wanted to pursue business is that my family-owned business (restaurants) in India was sold due to uncertainty and loss. After my family lost our business, I felt like continuing the MBA program was no longer useful to me, and the fragility of business ventures and my stress made me decide to start back in Agriculture research, which had always been my primary interest. All the academic skills I have are related to agriculture.

11. I transferred to The Ohio State University in January 2024 to pursue a PhD in Agricultural Engineering. DHS issued me a Form I-20 to pursue a five-year PhD program in agricultural engineering with a start date of January 8, 2024. I have been a full-time student at The Ohio State University since then, in the Department of Food, Agricultural, and Biological Engineering, supported by a Graduate Research Associateship. Until my F-1 status was terminated, I received a stipend of $2,350 (after deductions) per month as a graduate research assistant working in research at the College of Engineering.

12. I am in my second year of the program and have completed three semesters of courses with a 3.76 GPA. My research focuses on how farm management practices impact soil health, fertility, and structure. I want to use my education to collaborate with farmers and help them implement soil management reforms. I am on track to graduate between December 2026 and May 2027.

13. I have continuously maintained my student status and have not violated any conditions of my student visa or student status since I entered the U.S. in 2018.

14. On April 8, 2025, I received an email from The Ohio State University of International Affairs (OIA) that my SEVIS status had been terminated. The reason given for the termination was "Other - Individual identified in criminal records check and/or has their

VISA revoked." The notice further stated: "Since your SEVIS record has been terminated by SEVP, this indicates the U.S. government believes you have violated your F-1 status."

15. I received no notice or indication from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), or any other government agency that my SEVIS record would be or was terminated. I only received notification from my university after it was terminated.

16. I was not provided with an opportunity for a hearing, a chance to respond, or a meaningful explanation for this termination beyond the vague statement in the email. I have continuously met the full course of study requirements and maintained my student status through my enrollment at all my universities in the United States. I have not worked without authorization or been convicted of any crime of violence.

17. I am unaware of the factual basis for my SEVIS status termination. I have not received any communication from the State Department that my visa is revoked. The only reason, to my knowledge, that I may have been identified in a criminal records check is because I pleaded guilty to a charge of "Defective Equipment" on June 16, 2020, in Maryville, Missouri. I have also not participated in any political protests in the U.S.

18. On March 3, 2020, I was trying to make a left turn from the front side of a store to enter the road when I misjudged the distance while turning. As a result, the front left side of my car (the driver's side) lightly touched the decorative bricks placed in front of the store. The store appeared closed, so I called it the next day to report the incident, and a store employee told me some decorative bricks had fallen. I also promptly contacted my insurance company to report the situation and ensure that any property damage would be covered. Shortly after the incident, I was instructed to appear in court on a designated date. I pleaded guilty to the charge and paid a $300 fine. The public prosecutor clarified that it was a minor traffic violation and assured me that no points would be deducted from my driver's license. I learned that I had initially been charged with leaving the scene of an accident but I was not convicted of that charge. I also have never been convicted of any other charge anywhere else in the U.S.

19. Aside from this minor traffic citation, I have never had any contact with the police or justice system, and I have never received a speeding or traffic-related ticket.

20. Immediately after my SEVIS record was terminated on April 8, I was prohibited from working as a graduate research assistant. I lost my university stipend and my only source of income. I am bound by an apartment lease that ends on July 25, 2025, and I have already signed a lease for my housing next year, through July 2026. I am unsure if I

would be able to be released from the terms of the lease if I had to go back to India and discontinue my studies. Before the court granted the motion for a temporary restraining order in my case, my department had also told me to hold off on taking my scheduled exams and final projects for a few days because my student status had been terminated.

21. I planned to take 15 credits of classes toward my PhD this summer, and before the TRO issued I was unsure if would be able to register. Now that the TRO is in place, I have registered for summer classes, which begin the week of May 5. If I am not able to continue my coursework this summer, it will significantly slow down my progress towards my PhD.

22. The termination of my SEVIS record would cause me irreparable harm, which I know because during the period between April 8, 2025, and April 21, 2025, when ICE finally restored my SEVIS record due to the TRO, I began to experience the effects of that termination. If the TRO ends and I do not get an injunction, my record will be terminated again, and I will be unable to continue my studies. I would lose years of academic progress. I would be forced to abandon my PhD and begin anew elsewhere, destroying my academic and professional reputation and severely harming future employment opportunities. I also do not know if I will ever be able to return to the United States.

23. I am gravely concerned about the reputation damage that will result from the termination of my SEVIS record. My academic peers, colleagues, and future employers will inevitably suspect me of having committed a crime of violence, well beyond non-moving violation. Furthermore, I fear that public knowledge of my citation would carry significant social repercussions in India, where it would damage employment and academic relationships. Public knowledge of the termination of my SEVIS record would permanently damage my professional and academic reputation in the United States and India.

24. I am also afraid that if my SEVIS record is terminated, I could be put in a detention center by ICE and put in removal proceedings. I am terrified of being detained, and I have heard stories about students around the country whose SEVIS record has been terminated, and ICE has then detained them. I haven't been able to sleep peacefully since all of this began. Just 5-6 days before my record was terminated on April 8, I was diagnosed with a stomach infection and was prescribed a heavy dose of antibiotics for 14 days. The stress from this entire situation has only added to my already existing health issues, as I have been vomiting and unable to eat well since losing my status. It's started to take a toll on my mental health as well. I've been experiencing panic attacks again. Although I've dealt with them in the past and thought I had healed, this recent stress has triggered them once more. It's overwhelming; I feel like multiple aspects of my life are in

confusion at the same time. It's making me question everything: my future, my path, and even my sense of self. I have felt a little better since the TRO was issued, but I know that everything could be taken away from me again.

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

04/23/2025

*O.P⊳y*

_____            _____
Prasanna Lakshmi Oruganti                Date