Outlook

---

## A message from President Carter

---

**From** Walter "Ted" Carter Jr. <president@t.osu.edu>
**Date** Tue 08-Apr-25 5:28 PM
**To** oruganti.11@osu.edu <oruganti.11@osu.edu>

The Ohio State University logo

### OFFICE OF THE PRESIDENT

Walter "Ted" Carter Jr.
President

—

Dear Students, Faculty and Staff:

I am writing to you with an important update about our international community. Over the past several days, we have learned that the federal government has terminated the F-1 visas of at least seven Ohio State international students. We were not formally notified of these actions by the government, nor have we received any information about why the students' visas were revoked.

Caring for our students is our highest priority, and we have been in contact with all seven students to offer resources and support. Multiple offices across our university, including the Office of Academic Affairs, Legal Affairs, International Affairs, Student Life and Human Resources, are coordinating to best assist each student and provide the full scale of resources available to them. In addition, Student Legal Services is providing independent legal advice upon request.

I know these developments have created deep concern and uncertainty among many in our community. While we recognize that visa decisions are the authority of the U.S. government and Ohio State plays no role in these

decisions, I share a strong desire for clarity around these actions. Ohio State, after all, has long been – and will continue to be – proud to welcome students from all over the world, who add greatly to the life of our campuses and community. International students, visiting scholars and staff enrich the Ohio State experience for all, and we are a stronger university for their presence and contributions.

Ohio State is not alone in navigating this new uncertainty. Many other universities across the country have recently learned of similar actions regarding international students on their campuses. We are in regular communication with our peers about these developments and potential next steps. Our national associations, led by the American Council on Education, have also requested more details from the federal government and we are awaiting a response.

As I shared in my campus message on February 12, our teams are actively monitoring policy developments at all levels of government. Ohio State plays a vital role in the overall success and competitiveness of our state, and we will continue our work to advance policies that support our life-saving research and an affordable and high-quality university. We have put together detailed guidance for students, faculty and staff who may have questions. I encourage you to review the webpage for information on legislative and executive actions.

And, as always, I ask you to continue to show grace and compassion to each other. Our care for one another during changing and uncertain moments can be a model to others, and I am proud to be part of the Buckeye community.

Thank you for all you do to make Ohio State a better place.

Sincerely,

Ted Carter
President

The Ohio State University logo                                                    Office of the President



**© 2025 | Office of the President**

University Square South, 15 E. 15th Ave., Columbus, OH 43201

president@osu.edu

president.osu.edu

To ensure that our messages are sent straight to your inbox, please add our return email address to your address book.

Official messages from The Ohio State University may be sent from email addresses ending in t.osu.edu.