For: **Prasanna lakshmi oruganti**



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this applicant. I-94 FAQs: (https://i94.cbp.dhs.gov/I94/#/faq)

**Admission I-94 Record Number:** 360741251A3

**Arrival/Issued Date:** 2023 May 16

**Class of Admission:** F1

**Admit Until Date:** D/S

**Details provided on the I-94 Information form:**

**Last/Surname:** ORUGANTI

**First (Given) Name:** PRASANNA LAKSHMI

**Birth Date:** 1995 May 06

**Document Number:** R4567797

**Country of Citizenship:** India

- Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

- If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

- Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 04/30/2025