# View Travel History

I-94 travel history includes up to 100 arrivals and departures spanning the last ten years

## Travel History Results

Document Number: **R4567797**

Document Country of Issuance: **India**

| Row | DATE | TYPE | LOCATION |
| --- | --- | --- | --- |
| 1 | 2023-05-16 | Arrival | NYC |
| 2 | 2023-04-28 | Departure | NEW |
| 3 | 2022-03-01 | Arrival | WAS |
| 4 | 2021-02-10 | Departure | CHI |
| 5 | 2020-01-13 | Arrival | NYC |
| 6 | 2019-12-15 | Departure | NEW |
| 7 | 2018-08-16 | Arrival | CHI |

OMB No. 1651-0111 Expiration Date: 04/30/2025