**THE OHIO STATE UNIVERSITY**

**College of Food, Agricultural, and Environmental Sciences**
**College of Engineering**

Department of Food, Agricultural and Biological Engineering

Agricultural Engineering Building
590 Woody Hayes Drive
Columbus, OH 43210

614-292-9448 Fax
fabe.osu.edu

October 17, 2023

Prasanna Oruganti
150 College Drive
Edison, NJ 08817

Dear Prasanna:

Congratulations! We are thrilled to tell you that you have been admitted to the graduate program in the Department of Food, Agricultural and Biological Engineering (FABE).

We are pleased to extend the following offer to you. You will be supported by a 50% Graduate Research Associateship (GRA) in the amount of $2,450 per month ($29,400 per year) effective January 1, 2024. In addition, your tuition, certain fees, and 100% of your health insurance will be covered. You will be responsible for bus, recreational, and other related student fees. A description of all fees can be found here. This appointment applies to you while you are academically registered within FABE and will be renewed each year until you graduate or leave the University.

This appointment is subject to all rules and regulations as stated in the FABE Guide to Graduate Studies, funding availability, and reasonable progress on your degree program. Graduate students on a 50% GRA are expected to commit up to 20 hours per week on appointment related duties and responsibilities within FABE. Dr. Vinayak Shedekar will be your advisor and will work with you to develop a program plan of study. You can find information regarding coursework/program requirements in the FABE Graduate Handbook as well as important information in the Graduate School Handbook. For additional information related to your GRA appointment, please visit Section 9 of the Graduate School Handbook.

The University is required by Federal law to verify the identity and work authorization of all new employees. Accordingly, this offer is contingent upon such verification. You will be asked by a representative of this Department to complete the I-9 (Employment Eligibility Verification Form) no later than your first day of work.

Spring 2024 semester begins on Monday, January 8, 2024. The complete list of calendar dates can be found here. Again, congratulations, Prasanna! Please do not hesitate to contact Lucy Omar, FABE Graduate Program Coordinator (omar.115@osu.edu), should you have questions or concerns.

Sincerely,

Scott A. Shearer, PhD, PE
Professor and Chair