### Charge

| | |
|---|---|
| **Description** | Defective Equipment |
| | *{ Ordinance RSMo: Not Available }* |
| **Date** | 03/03/2020 |
| **Code** | ORDIN.0-159N20005499.0 |
| **Disposition** | Guilty Plea - 06/16/2020 |
| **OCN** | RO000189 |
| **Law Enforcement Agency** | MARYVILLE DEPT PUBLIC SAFETY |

#### Sentence

| | |
|---|---|
| **Description** | Fine |
| **Sentence Date** | 06/16/2020 |
| **Start Date** | 06/16/2020 |
| **Fine** | $300.00 |