ORI NO. MO 0740200
MARYVILLE DEPT. OF
PUBLIC SAFETY
**UNIFORM CITATION**

100101745

STATE OF MISSOURI
IN THE CIRCUIT COURT OF NODAWAY COUNTY    DIVISION 4TH

COURT ADDRESS (STREET, CITY, ZIP)
415 N. MARKET, MARYVILLE, MO 64468

COURT DATE: 4/7/20   COURT TIME: 4:15 PM   COURT PHONE NO. 660-562-3525

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE) 3/3/20  AT TIME (HRS)  HWY CLASS  UPON/AT OR NEAR (LOCATION) 1010 N. WALNUT

WITHIN CITY/COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE): OKUGANTI, PRASANNA

STREET ADDRESS: 1010 N WALNUT

CITY: Maryville   STATE: MO   ZIP CODE: 64468

DATE OF BIRTH: 3/10/91   RACE: UNK.   SEX: F   HEIGHT: 5'08"   WEIGHT: 115

DRIVER'S LIC NO.   CDL: NO   STATE: MO

DID UNLAWFULLY ☒ OPERATE/DRIVE  ☐ PARK  ☐ C.M.V.  ☐ WITH HAZ MAT

YEAR: 2004  MAKE: CHEV  MODEL: IMP.  STYLE: 4D  COLOR: RE

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

Leaving the Scene of an accident

IN VIOLATION OF: STATUTE/ORDINANCE – CHARGE CODE

OFFICER: HOLT   BADGE: 401   DATE: 3/3

MO 100-0051 (2-15)   **ARREST RECORD**

ORI NO. MO 0740200
MARYVILLE DEPT. OF PUBLIC SAFETY
UNIFORM CITATION

No. 100101745

**STATE OF MISSOURI**
IN THE CIRCUIT COURT OF NODAWAY COUNTY
DIVISION: 4TH
COURT ADDRESS: 415 N. MARKET, MARYVILLE, MO 64468
COURT DATE: 4/7/20
COURT TIME: 415 PM
COURT PHONE NO.: 660-562-3525

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

ON/ABOUT (DATE): 3/5/20
AT TIME HRS:
UPON/AT OR NEAR (LOCATION): 1010 N. WALNUT

WITHIN CITY/COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE): ORUGANTI, PRASANNA, L
STREET ADDRESS: 1010 N WALNUT
CITY: Maryville  STATE: MO  ZIP CODE: 64468
DATE OF BIRTH: 5/10/75  RACE: UNK.  SEX: F  HEIGHT: 5'02"  WEIGHT: 115
DRIVER'S LIC. NO.: 013A084001  CDL: NO  STATE: MO

DID UNLAWFULLY: ☒ OPERATE/DRIVE
VEHICLE: YEAR 2004  MAKE CHEV.  MODEL IMP.  STYLE 4D  COLOR GR
STATE: MO

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

[scribbled/struck out] dot eq.

IN VIOLATION OF: STATUTE/ORDINANCE – CHARGE CODE:
☒ RSMo  577.010/1005 4201754/01.C

OFFICER: [signature]  BADGE: 207  DATE: 7/3

PROSECUTOR'S SIGNATURE: [signature]  DATE: 3/17/20

MO 100-0051 (2-15)  INFORMATION

# MARYVILLE MUNICIPAL DIVISION

Party Id: ORUPL7236  
Case No.: 18018745  
Fine/Costs: $  
MO Bar #:

Defendant: PRASANNA LAKSHMI ORUGANTI  
Date Filed: 23-MAR-2020  
Court Date: 07-APR-2020  6-16-20  
Deft. Atty.:

| Date | Continuances/Warrants/Summonses |
|---|---|
| | Def FTA; Summons Ordered |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |
| | Def FTA; Warrant Ordered   Bond $_____ C/S_____   Bond Forfeited   NG Plea Entered |
| | Cause passed to _____ for _____ |

(Attach Ticket Here)

## Disposition

[ ] Amended to _____  
[✓] Guilty plea  
[ ] Tried – Guilty    [ ] Tried – Not Guilty  
[ ] Dismissed by Court without Trial  
[ ] Nolle Pros                                                055364  

## Sentence

[ ] SIS  
[ ] Fine $ 300 and costs 34.70   [ ] SES Fine Amount $ _____   18965  
[ ] Bond applied to fine and costs  
[ ] CVC Judgment Entered  
[ ] Payment Schedule: $ _____ Hrs _____ Due _____ Begin _____  
[ ] Jail: Days _____ SES Days _____ Hrs _____  
[ ] Jail time stayed to _____  
[ ] Driver Improvement  [ ] Comm Serv  [ ] Supervised  [ ] Unsupervised   [ ] SATOP  
[ ] Probation term _____  
[ ] Application for Trial De Novo _____ [ ] Request for Jury Trial  
[ ] Guilty plea withdrawn