# 1 - GENERAL CRASH INFORMATION

SPACE USED FOR BARCODE

**AGENCY NAME AND ORI**
Maryville Police Department
MO0740200

| LEFT THE SCENE | DRIVER NO. | CLEARED | CRASH CLASSIFICATION | PROPERTY DAMAGE ONLY | NO. INJURED | NO. KILLED | REPORT / CASE / INCIDENT NUMBER |
|---|---|---|---|---|---|---|---|
| ☐ Yes ■ No | 1 | ■ Yes ☐ No | | ■ | 0 | 0 | 20-0316 |

| NO. VEH INV | CRASH DATE | CRASH TIME (MIL) | NOTIFIED DATE | TIME NOTIFIED (MIL) | INVESTIGATION DATE | TIME ARRIVED (MIL) | INVEST AT SCENE |
|---|---|---|---|---|---|---|---|
| 1 | 02/29/2020 | 1500 | 03/02/2020 | 0900 | 03/03/2020 | 1600 | ☐ Yes ■ No |

**CRASH TYPE**
- ROADWAY: ☐ On Roadway  ■ Off Roadway
- NON-COLLISION: ☐ Overturning  ☐ Fire / Explosion  ☐ Immersion  ☐ Jackknife  ☐ Fell / Jumped From MV  ☐ Cargo / Equip Loss / Shift  ☐ Other Non-Collision
- COLLISION INVOLVING: ☐ Animal  ☐ Pedalcycle  ■ Fixed Object  ☐ Other Object  ☐ Pedestrian  ☐ Railway Vehicle  ☐ Animal Drawn Veh. / Animal Ridden Trans.  ☐ Motor Vehicle In Transport →  ☐ Parked Motor Vehicle →  ☐ Working Motor Vehicle →
- DIRECTIONAL ANALYSIS FOR IMPACT WITH MOTOR VEHICLE: ☐ Front to Front  ☐ Front to Rear  ☐ Rear to Rear  ☐ Rear to Side  ☐ Angle  ☐ Sideswipe (Same Dir.)  ☐ Sideswipe (Opp. Dir.)  ☐ Falling / Shifting Cargo (Set in motion by MV)  ☐ Other (Explain)  ☐ Unknown (Explain)

**COMMERCIAL MOTOR VEHICLE INVOLVEMENT CRITERIA** - Answer the following to determine if the "Commercial Vehicle" fields in Section 7G must be completed.

1. Does this crash involve any of the following?
   1a. A person fatally injured; OR
   1b. A person transported for medical attention; OR
   1c. A vehicle towed due to disabling damage.
   
   ■ No - No commercial vehicle fields need completion.
   ☐ Yes - Go to number 2. →

2. Examine each vehicle to determine if it is a commercial vehicle based upon the following:
   2a. A truck / cargo van with GVWR / GCVWR of more than 10,000 lbs; OR
   2b. A motor vehicle with seating for 9 or more including driver; OR
   2c. A vehicle with a hazardous materials placard.
   
   ☐ No - No commercial vehicle fields need completion.
   ☐ Yes - Complete Section 7G for appropriate vehicle.

| EVIDENTIARY PHOTOS TAKEN | BY WHOM | AVAILABLE FROM | |
|---|---|---|---|
| ■ Yes ☐ No | 207 | ■ Investigating Agency | MDPS |

| RECONSTRUCTION | BY WHOM | AVAILABLE FROM | |
|---|---|---|---|
| ☐ Yes ■ No | | ☐ Investigating Agency | |

# 2 - LOCATION

| COUNTY | MUNICIPALITY | BEAT / ZONE | TRP/DIST/PCT | GPS COORDINATES (DD.MM.SS.S FORMAT) |
|---|---|---|---|---|
| 074 | MARYVILLE 1640 | | | LAT: / LONG: |

| ON | RDWY DIR | DISTANCE FROM | LOCATION | INTERSECTING |
|---|---|---|---|---|
| 702 S MAIN STREET | NA | NA Feet / Miles | ☐ After ☐ Before ☐ At  NA | N/A |

| SPEED LIMIT | ROAD MAINTAINED BY | SPEED LIMIT | INT. DIR | GEO. CODE |
|---|---|---|---|---|
| | ☐ Unknown  ☐ State  ☐ County  ☐ Municipal  ■ Private Property  ☐ Other | N/A | | |

**TRAFFICWAY**
- ☐ One-Way  ☐ Two-Way; Not Divided  ☐ Two-Way; Not Divided; Continuous Center Turn Lane  ☐ Two-Way; Divided; Unprotected Median  ☐ Two-Way; Divided; Positive Median Barrier  ■ Other

**ROAD ALIGNMENT:** ■ Straight  ☐ Curve  ☐ Unknown (Explain)
**ROAD PROFILE:** ■ Level  ☐ Downhill  ☐ Uphill  ☐ Hillcrest  ☐ Dip  ☐ Unknown (Explain)

**INTERSECTION TYPE:** ■ NA  ☐ 4-Way Intersection  ☐ Y-Intersection  ☐ 5-way / More  ☐ Unknown (Explain)  ☐ T-Intersection  ☐ Roundabout  ☐ Other (Explain)

**ROAD CONDITION:** ☐ Dry  ☐ Snow  ☐ Slush  ☐ Standing Water  ☐ Sand / Gravel  ■ Unknown (Explain)  ☐ Wet  ☐ Ice / Frost  ☐ Mud / Dirt  ☐ Moving Water  ☐ Other (Explain)

**ROAD SURFACE:** ■ Concrete  ☐ Brick  ☐ Dirt / Sand  ☐ Cobblestone  ☐ Asphalt  ☐ Gravel  ☐ Multi-Surface  ☐ Unknown (Explain)

**WEATHER CONDITION:** ☐ Clear  ☐ Rain  ☐ Sleet / Hail  ☐ Fog / Mist  ☐ Other (Explain)  ☐ Cloudy  ☐ Snow  ☐ Freezing (Temp)  ☐ Severe Crosswind  ■ Unknown (Explain)

**LIGHT CONDITION:** ■ Daylight  ☐ Dark-Lighted  ☐ Dark-Unlighted  ☐ Dark-Unknown Lighting  ☐ Other (Explain)  ☐ Unknown (Explain)

# 3 - DAMAGE TO PROPERTY OTHER THAN VEHICLES  ☐ None

LIST OWNER'S NAME & ADDRESS, DESCRIPTION OF PROPERTY, AND DAMAGE.  ☐ MoDOT  ☐ County  ☐ Municipality

**COENEN ELECTRIC COMPANY | 702 S MAIN ST, MARYVILLE, MO 64468 | RETAINING WALL | DAMAGE TO LANDSCAPING BRICKS**

# 4 - WITNESS  ■ None Identified  ☐ Additional Witnesses In Narrative

| NAME | ADDRESS (Street, City, State, Zip) | PHONE NUMBER |
|---|---|---|
| | | |

# 5 - PEDESTRIAN  ■ NA  ☐ Law Enforcement Officer  ☐ Other Emergency Services Personnel  ☐ MoDOT Worker  ☐ Other Trafficway Worker  ☐ Other Pedestrian

| NO. | NAME (Last, First, MI) & ADDRESS (Street, City, State, Zip) | PHONE NUMBER |
|---|---|---|
| | | |

| DATE OF BIRTH | SEX | STRUCK BY VEH #: | INJ | TRANS-PORT | SAFETY DEVICES | LOCATION |
|---|---|---|---|---|---|---|
| | | | | | | ☐ On Roadway  ☐ In Driveway Access  ☐ On Median / Crossing Island  ☐ On Sidewalk  ☐ Off Roadway  ☐ Unknown |

**CROSSING ROAD:** ☐ NA  ☐ With Signal  ☐ Against Signal  ☐ No Signal  ☐ Unknown

**OTHER ACTIONS:** ☐ NA / None  ☐ Not At Crosswalk  ☐ In Marked Crosswalk  ☐ In Unmarked Crosswalk  ☐ Unknown  ☐ Getting On / Off Vehicle  ☐ Standing / Lying / Sitting In Trafficway  ☐ Pushing / Working On Vehicle  ☐ Behind / In Front of Parked / Stopped Veh.  ☐ Working In Trafficway  ☐ Playing In Trafficway  ☐ Walking / Running In Trafficway  ☐ With Traffic  ☐ Against Traffic  ☐ Unknown  ☐ Other (Explain)

**SCHOOL INFO.** ☐ NA  ☐ Going To / From School  ☐ Getting On / Off School Bus  ☐ Both Of The Above  ☐ Unknown (Explain)

**PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None
☐ Failed To Yield  ☐ Alcohol  ☐ Vision Obstructed (Explain)  ☐ Other (Explain)
☐ Distracted / Inattentive  ☐ Drugs  ☐ Physical Impairment (Explain)  ☐ Unknown (Explain)

**DISTRACTION / INATTENTION CODE(S)** ☐ NA

**ALCOHOL USE:** ☐ Yes  ☐ No  ☐ Unknown

REPORT # 20-0316   PAGE 2 OF 5

| 6. COLLISION DIAGRAM | Compass Direction Before Crash Event(s) (Circle One) | V1 N E (S) W U | N E S W U | N E S W U | N E S W U | N E S W U | N E S W U |

INDICATE NORTH

Not enough evidence to recreate diagram.

INDICATE ROAD NAMES                                                                 DIAGRAM NOT TO SCALE

## 7 - DRIVERS, VEHICLES, OWNERS, & OCCUPANTS

**NO:** 1
**7A. DRIVER - NAME (Last, First, MI) & ADDRESS:** ORUGANTI, PRASANNA L — 1010 N WALNUT ST, MARYVILLE 64468
**PHONE NUMBER:** (660) 528-0756

**DRIVER LICENSE / ID NUMBER:** 013A084001
**STATE:** MO
**LIC STATUS:** Valid
**LIC TYPE:** Operator Class
**MC ENDORSEMENT:** No

**DATE OF BIRTH:** 05/06/1995
**SEX:** F
**SEAT LOC:** FL
**INJ:** 5
**TRANSPORT:** 1
**EJECTION:** 2
**AIR BAG:** 1
**SAFETY DEVICES:** U
**VISION:** Not Obstructed

**PROOF OF INSURANCE:** Yes
**INSURANCE COMPANY:** GEICO
**PHONE NO:** 800-841-3000
**POLICY NUMBER:** 6002144365
**Driver** / Vehicle

**7B. VEHICLE - OWNER NAME & ADDRESS:** SAD

**YEAR:** 2004
**MAKE:** CHEV
**MODEL:** IMPALA
**COLOR:** GRY / GRY
**VEH. TYPE:** 1
**TOTAL NO. OF OCC:** 1

**LICENSE PLATE NO:** LA0H7X
**STATE:** MO
**YEAR:** 2020
**VIN:** 2G1WF52E549185245
**TOWED FROM SCENE:** No
**TOWED DUE TO DIS DAMAGE:** No

**VEHICLE DAMAGE — INITIAL IMPACT NO:** 2
Damaged areas: 15, 16, 17
**TOWED BY:** NA

**VEHICLE BODY TYPES:** Passenger Car

**EMERGENCY VEHICLE INVOLVEMENT:** NA
**CONTRIBUTING TRAFFIC CONDITIONS:** Unknown (Explain)

**7C. VEHICLE ACTION / SEQUENCE OF EVENTS CODES:** 01 | 36
**FIXED OBJECT CODE(S):** 36
**ALCOHOL USE:** Unk

**7D. PROBABLE CONTRIBUTING CIRCUMSTANCES:** Unknown (Explain)
**DISTRACTED / INATTENTIVE CODE(S):** NA

**7E. WORK ZONE:** No
**TRAFFIC CONTROL:** None
**CONTROL MALFUNCTIONING / INOPERATIVE / MISSING:** No / NA

**7G. COMMERCIAL MOTOR VEHICLE:** NA

# 7 - DRIVERS, VEHICLES, OWNERS, & OCCUPANTS

**NO** | **7A. DRIVER - NAME** (Last, First, MI) & ADDRESS (Street, City, State, Zip) | **PHONE NUMBER**

**DRIVER LICENSE / ID NUMBER** | **STATE** | **LIC STATUS**: ☐ Valid ☐ Susp / Rev / Denied ☐ Canceled / Oth Invalid ☐ NA ☐ Expired ☐ Disqual CDL ☐ Unknown | **LIC TYPE**: ☐ NA ☐ Operator Class ___ ☐ CDL Class ___ ☐ Interm / Grad ☐ Permit ☐ MC Only ☐ Unlicensed ☐ Unknown (Explain) | **MC ENDORSEMENT**: ☐ Yes ☐ No ☐ NA ☐ Unknown (Explain)

**DATE OF BIRTH** | **SEX** | **SEAT LOC** | **INJ** | **TRANS-PORT** | **EJEC-TION** | **AIR BAG** | **SAFETY DEVICES** | **VISION OBSTRUCTED**: ☐ NA ☐ Not Obstructed ☐ Windshield ☐ Load on Veh ☐ Trees / Brush ☐ Building ☐ Embankment ☐ Sign ☐ Hillcrest ☐ Parked Veh ☐ Moving Veh ☐ Stopped Veh ☐ Glare ☐ Other (Explain) ☐ Unknown (Explain)

**PROOF OF INSURANCE**: ☐ Yes ☐ No ☐ Not Required | **INSURANCE COMPANY** ☐ Expired | **PHONE NO.** (Optional) | **POLICY NUMBER** ☐ NA | ☐ Driver ☐ Vehicle

**7B. VEHICLE - OWNER NAME** (Last, First, MI) & ADDRESS (Street, City, State, Zip) ☐ SAD | **PHONE NUMBER** ☐ SAD

**YEAR** | **MAKE** | **MODEL** | **COLOR** | **VEH. TYPE** | **TOTAL NO. OF OCC.**

**LICENSE - PLATE NO** | **STATE** | **YEAR** | **VIN** | **TOWED FROM SCENE**: ☐ Yes ☐ No | **TOWED DUE TO DIS DAMAGE**: ☐ Yes ☐ No

**VEHICLE DAMAGE** (Mark all damaged areas) ☐ None / No Damage | **TOWED BY** ☐ Unknown ☐ NA

**INITIAL IMPACT NO** ☐ NA

Diagram: 2 | 3 | 4 | 5 | 6 | 7
1 | 15 | 16 | 17 | 8
14 | 13 | 12 | 11 | 10 | 9

18 - Undercarriage  22 - Cargo
19 - Windshield  23 - Unknown
20 - Burned  24 - Other (Explain)
21 - Towed Unit

**VEHICLE BODY TYPES** - Automobiles / Specialty Vehicles ☐ Vehicle Used As Public Conveyance

☐ Passenger Car | ☐ Small Bus (9-15 W/Driver) | ☐ Motorcycle | ☐ Motor Home | ☐ Single-unit Truck; 2 axles, 6 tires | **GVW / GCVW RATING** (Not Licensed Weight) (Pickups, Cargo Vans, All Trucks, Truck Tractors, or Haz Mat Placard Veh. Only)
☐ Van (< 9 W/Driver) | ☐ Large Bus (16+ W/Driver) | ☐ ATV | ☐ Farm Implements | ☐ Single-unit Truck; 3 or more axles
☐ Passenger Van (9+ W/Driver) | | | ☐ Construction Equip. Heavy Mach. | ☐ Veh. Pulling Another Unit(s) (Does not apply to Truck Tractors)
☐ Sport Utility Vehicle | ☐ School Bus | ☐ 2 Wh | ☐ Other Vehicle (Code) ___
☐ Limousine (7-8 W/Driver) | ☐ Intercity | ☐ 3 Wh | ☐ Cargo Van | ☐ Truck Tractor With No Units | ☐ Less than or equal to 10,000 lbs.
☐ Limousine (9-15 W/Driver) | ☐ Transit / Commuter | ☐ 4 Wh | ☐ Pickup | ☐ Truck Tractor With One Unit | ☐ 10,001 - 26,000 lbs.
☐ Motorized Bicycle | ☐ Charter / Tour | ☐ 5 Wh / More | ☐ Other Heavy Truck | ☐ Truck Tractor With Two Units | ☐ Greater than 26,000 lbs.
☐ Pedalcycle | ☐ Other | ☐ Unknown | ☐ Unknown (Explain) | ☐ Truck Tractor With Three Units | ☐ Unknown
☐ To / From School

**EMERGENCY VEHICLE INVOLVEMENT** ☐ NA | **CONTRIBUTING TRAFFIC CONDITIONS** ☐ NA
☐ Police ☐ Ambulance | A. Emergency Vehicle on Emergency Run | ☐ Congestion Ahead ☐ Other Incident Ahead
☐ Fire ☐ Other (Must check "A" / "B") → | B. Stationary With Emergency Equip. Activated | ☐ Crash Ahead ☐ Unknown (Explain)

**7C. VEHICLE ACTION / SEQUENCE OF EVENTS CODES** ☐ Additional Codes Listed in Narrative (See Codes in Section 8)

**SEQUENCE OF EVENTS CODES** ☐ Unknown | **ANIMAL CODE(S)** | **FIXED OBJECT CODE(S)** | **ALCOHOL USE**: ☐ Yes ☐ Unk ☐ No ☐ NA

**7D. PROBABLE CONTRIBUTING CIRCUMSTANCES** ☐ None

☐ Vehicle Defects (Explain) | ☐ Vision Obstructed | ☐ Failed To Dim Headlights | ☐ Improper Towing / Pushing | ☐ Object / Obstruction in Roadway
☐ Speed - Exceeded Limit | ☐ Driver Fatigue / Asleep | ☐ Failed To Use Lights | ☐ Improperly Stopped On Roadway | ☐ Distracted / Inattentive (Designate Type)
☐ Too Fast For Conditions | ☐ Improper Signal | ☐ Following Too Close | ☐ Improper Lane Usage / Change | ☐ Unknown (Explain)
☐ Violation Signal / Sign | ☐ Improper Backing | ☐ Wrong Side (Not Passing) | ☐ Overcorrected | ☐ Other (Explain)
☐ Failed To Yield | ☐ Improper Turn | ☐ Wrong Side (One-Way) | ☐ Improper Riding / Clinging To Veh. Exterior | **DISTRACTED / INATTENTIVE CODE(S)** ☐ NA (See Codes in Section 8)
☐ Alcohol | ☐ Improper Passing | ☐ Physical Impairment (Explain) | ☐ Failed To Secure Load / Improper Loading
☐ Drugs | ☐ Improperly Parked | ☐ Improper Start From Park | ☐ Animal(s) In Roadway

**7E. WORK ZONE** | **TRAFFIC CONTROL** ☐ None ☐ Unknown | **CONTROL MALFUNCTIONING / INOPERATIVE / MISSING**
☐ Yes ☐ No ☐ Unknown | Electric: ☐ Green/Yellow/Red ☐ Flashing Red ☐ Flashing Yellow ☐ Ramp Meter ☐ Other (Explain)
**Workers Present** ☐ Yes ☐ No ☐ Unknown | Other Controls: ☐ Stop Sign ☐ No Passing Zone ☐ Turn Restricted ☐ Officer / Flagman ☐ Signal On School Bus ☐ Yes (Explain) ☐ No
 | ☐ Warning Sign / Device ☐ Railway Crossing Sign / Device ☐ School Zone ☐ Yield Sign ☐ Other (Explain) | ☐ Unknown ☐ NA

**7F.** | **OCCUPANTS - NAME** (Last, First, MI) ADDRESS (Street, City, State, Zip) | **DATE OF BIRTH** MM-DD-YYYY | **SEX** | **SEAT LOC** | **INJ** | **TRANS-PORT** | **EJEC-TION** | **AIR BAG** | **SAFETY DEVICES** | **PHONE NUMBER**
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**7G. COMMERCIAL MOTOR VEHICLE** ☐ NA   Required on vehicle if "Yes" was answered to questions in parts 1 and 2 in CMV involvement criteria and vehicle meets one of the three criteria in part 2.

**MOTOR CARRIER IDENTIFICATION** (Leasee, etc.) - NAME & ADDRESS (Street, City, State, Zip) ☐ SAO | **PHONE NUMBER** ☐ SAO

**COMMERCIAL / NON-COMMERCIAL**: ☐ Interstate Carrier ☐ Intrastate Carrier | ☐ Not In Commerce - Government Vehicle ☐ Not In Commerce - Rental Vehicle ☐ Not In Commerce - Other Vehicle | **MC / MX / ICC NO.** | **USDOT NO.**

**CARGO BODY TYPE**: ☐ Enclosed Box ☐ Cargo Tank ☐ Flatbed ☐ Dump ☐ Concrete Mixer ☐ Auto Transporter ☐ Garbage / Refuse ☐ Grain / Chip / Gravel ☐ Pole Trailer ☐ Log ☐ Vehicle Towing Another Veh. ☐ Intermodal Container Chassis ☐ NA (No Cargo Body) ☐ Other ☐ Unknown

**HAZARDOUS MATERIALS** | **PLACARD DISPLAYED**: ☐ Yes ☐ No ☐ Unknown | **4-DIGIT NO.** | **CLASS** | **HM CARGO PRESENT**: ☐ Yes ☐ No ☐ Unknown | **HM CARGO RELEASED**: ☐ Yes ☐ No ☐ Unknown | **HAZARDOUS MATERIAL NAME**

## 8 - CODES

**SEAT LOCATION**
- XX - Not Known
- B - Pedalcycle
- M - Motorcycle
- CP - Commercial Passenger
- OE - Occupant - Enclosed Load Area
- OU - Occupant - Unenclosed Load Area
- RC - Rail Crew
- SV - Other (Explain in Narrative)
- NA - Not Applicable

FR  SR  TR
FC  SC  TC
FL  SL  TL

**INJURY**
1. Fatal
2. Suspected Serious Injury
3. Evident - Not Disabling
4. Probable - Not Apparent
5. None Apparent
U. Unknown
N. NA

**TRANSPORTED** (For Medical Treatment)
1. No
2. EMS
3. Other
U. Unknown
N. NA

**EJECTION**
1. NA
2. No
3. Partially
4. Totally
U. Unknown
N. NA

**AIR BAG**
1. None / NA
3. Not Deployed
4. Removed
5. Deployed - Front
6. Deployed - Side
7. Deployed - Curtain
8. Deployed - Other (Knee, Air Belt, etc.)
9. Deployed - Combination
10. Deployment Unknown
U. Air Bag Presence Unknown

**SAFETY DEVICES**
1. None
2. Not Used
3. Shoulder Belt Only
4. Lap Belt Only
5. Shoulder and Lap Belt
7. DOT Compliant MC Helmet
8. No Helmet
10. Booster Seat
11. Child Restraint - Forward Facing
12. Child Restraint - Rear Facing
13. Other Helmet
14. Reflective Clothing
15. Other
U. Use Unknown
N. Not Applicable

**VEHICLE ACTION / SEQUENCE OF EVENTS** (Items with double-asterisk [**] require additional coding)
1. Going Straight
2. Overtaking
3. Making Right Turn
4. Right Turn on Red
5. Making Left Turn
6. Making U-Turn
7. Skidding / Sliding
8. Slowing / Stopping
9. Start In Traffic
10. Start From Parked
11. Backing
12. Stopped In Traffic
13. Parked
14. Changing Lanes
15. Avoiding
16. Cross Median
17. Cross Center Of Road
18. Cross Road
19. Airborne
20. Ran Off Roadway - Right
21. Ran Off Roadway - Left
22. Overturn / Rollover
23. Fire / Explosion
24. Immersion
25. Jackknife
26. Cargo Loss / Shift
27. Equipment Failure
28. Separation Of Units
29. Returned To Roadway
30. Collision Inv. Pedestrian
31. Collision Inv. Bicycle/Pedalcycle
32. Collision Inv. Railway Veh.
33. Collision Inv. Animal (**)
34. Collision Inv. MV in Transport
35. Collision Inv. Parked MV
36. Collision Inv. Fixed Object (**)
37. Collision Inv. Other Object (Explain)
38. Other Non-collision
39. Collision Inv. Bicycle/Pedalcycle In Bicycle Lane
40. Collision Inv. Animal Drawn Vehicle / Animal Ridden For Transportation
41. Collision Inv. Working MV
42. Downhill Runaway
43. Fell/Jumped From MV
44. Thrown/Falling Object
45. Struck By Falling, Shifting Cargo, Object Set In Motion By Own MV
46. Ran Off Roadway - Other (Explain)
47. Cross Separator

**ANIMAL CODES FOR VEHICLE ACTION / SEQUENCE OF EVENTS**
60. Deer  61. Farm Animal  62. Dog  63. Other Animal  U. Unknown

**FIXED OBJECT CODES FOR VEHICLE ACTION / SEQUENCE OF EVENTS**
20. Tree / Stump (Standing)
21. Embankment / Driveway / Ground / Rock Bluff
22. Guardrail Face
23. Utility Pole
24. Fence
25. Street Light Support
26. Culvert
27. Highway Traffic Sign Post / Support
28. Bridge Pier / Abutment / Support
29. Curb
30. Mail Box
31. Concrete Traffic Barrier
32. Building
33. Traffic Signal Support
34. Impact Attenuator / Crash Cushion
35. Fire Hydrant
36. Other (Explain)
37. Bridge Parapet End
38. Bridge Rail
39. Guardrail End
40. Other Traffic Barrier
41. Overhead Sign Support
42. Ditch
43. Other Post / Pole / Support
44. Wall
45. Cable Barrier
46. Bridge Overhead Structure
47. Overhead Line / Cable
U. Unknown

**DISTRACTED / INATTENTIVE CODES**
1. External Distraction
2. Passengers
3. Stereo / Audio / Video Equipment
4. Navigation Device
5. Communication Device - Hand-held
6. Communication Device - Hands Free
7. Communication Device - Texting / E-mailing
8. Communication Device - Web Browsing
9. Eating / Drinking
10. Reading
11. Tobacco Use
12. Grooming
13. Computer Equipment / Electronic Games / etc.
14. Adjusting Vehicle Controls
15. Other (Explain)

**VEHICLE TYPE CODES**
1. Motor Vehicle In Transport
2. Parked Motor Vehicle
3. Working Motor Vehicle
4. Pedalcycle
5. Animal Drawn Vehicle / Animal Ridden For Transport Purposes
U. Unknown

**OTHER VEHICLE CODES**
1. Riding Mower / Garden Tractor
2. Golf Cart
3. Snowmobile
4. Forklift
5. Animal Drawn Vehicle / Animal Ridden For Transportation
6. Low Speed Vehicle
7. Other (Explain)

## 9. NARRATIVE / STATEMENTS (If additional room is necessary, use Section 11 - Narrative / Statements Continuation)

V1 was traveling south in the parking lot at 702 S Main St., then collided with the retaining wall.

V1 left scene, without contacting law enforcement.

D1 was later located.

## 10. REPORTING AND REVIEWING OFFICER INFORMATION

| REPORTING OFFICER NAME | DSN / BADGE NO. | BEAT / ZONE | TROOP / DISTRICT / PRECINCT |
|---|---|---|---|
| POST, EMILY | 207C | | |

| REVIEWING OFFICER NAME | DSN / BADGE NO. | REVIEWING OFFICER 2 NAME | DSN / BADGE NO. |
|---|---|---|---|
| WILSON, WAYNE | 202A | | |

# Maryville Police Department

101 N Vine St, Maryville, MO 64468

## Supplemental Narrative Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 03/02/2020 0905 | LEAVING SCENE OF ACCIDENT | 20-0316 | |

**Supplemental Narrative Sequence No.** 0001

| Date / Time | Officer ID / Name | Secondary Officer ID / Name | Description |
|---|---|---|---|
| 03/02/2020 1101 | 207C POST, EMILY | 207C POST, EMILY | INITIAL NARRATIVE |

**Supplemental Narrative**

On 03/02/2020, at approximately 0900 hours, I, Officer Post, responded to 702 S Main Street Coenen Electric, for a report of property damage.

Upon my arrival, I made contact with the reporting party, later identified as Jennifer McComb. McComb stated that the damage must have happened between the dates of 2/28/2020 and 3/2/2020.

The damaged property is a retaining wall made of landscaping blocks. Some of the blocks on the north side of the retaining wall had been knocked over. Officers did not locate any direct evidence linking the damage to a vehicle, and there were no witnesses during the time the damage took place. The reporting party was unable to provide and estimated expense for repairs at this time, and I have left messages requesting for them to provide it at their earliest convenience.

Coenen Electric does not have video surveillance.

See attached photos.

Nothing further at this time.

| Officer | 207C POST, EMILY | / / | Approving Officer | 202A WILSON, WAYNE | / / |
|---|---|---|---|---|---|

Page 1 of 1        Printed    04/21/2025 1339

© 1994 - 2025 Omnigo Software St. Louis MO omnigo.com

# Maryville Police Department

101 N Vine St, Maryville, MO 64468

## Supplemental Narrative Report

| | | | |
|---|---|---|---|
| Report Date<br>03/02/2020 0905 | Type of Incident<br>LEAVING SCENE OF ACCIDENT | Complaint No.<br>20-0316 | Case Status |

**Supplemental Narrative Sequence No.** 0002

| Date / Time | Officer ID / Name | Secondary Officer ID / Name | Description |
|---|---|---|---|
| 03/03/2020 0935 | 207C POST, EMILY | 207C POST, EMILY | ADDITIONAL INFORMATION |

**Supplemental Narrative**

On 03/03/2020, at approximately 0930 hours, I spoke with the staff at Coenen Electric, who stated to me that they believe that the replacement expense will be approximately $500.00. I was also informed that the establishment did not have any camera footage of the property damage taking place.

Nothing further at this time.

---

| Officer | 207C POST, EMILY | / / | Approving Officer | 202A WILSON, WAYNE | / / |
|---|---|---|---|---|---|

Page 1 of 1    Printed  04/21/2025 1340

© 1994 - 2025 Omnigo Software St. Louis MO  omnigo.com

# Maryville Police Department

101 N Vine St, Maryville, MO 64468

## Supplemental Narrative Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 03/02/2020 0905 | LEAVING SCENE OF ACCIDENT | 20-0316 | |

**Supplemental Narrative Sequence No.** 0003

| Date / Time | Officer ID / Name | Secondary Officer ID / Name | Description |
|---|---|---|---|
| 03/03/2020 1758 | 207C POST, EMILY | 207C POST, EMILY | ARREST |

**Supplemental Narrative**

On 03/03/2020, I, Officer Post, responded to Coenen's Electric. I spoke to McComb, who stated that she received a phone call from a woman who identified herself as "Prerdu-Morungpi." The caller stated that she had struck the retaining wall at Coenen's over the weekend. The caller left a phone number, and her insurance company name, "Root Insurance," but she refused to leave a policy number. "Morungpi" also stated that she was a college student, but provided no other identifying information.

I attempted to make contact with "Morungpi," via the phone number she provided, but it was found to be a non-working phone number. I contacted Root Insurance Company, and they stated that they did not have coverage over any person by that name.

I made contact with McComb again, and she stated that the phone number on "caller ID" from the initial call was different than the one "Morungpi" provided verbally. McComb gave me the number from the "caller ID", and it was found to belong to a subject by the name of Prasanna Oruganti. The address associated with Oruganti was 1010 N Walnut Street, Maryville, Missouri.

I made contact with Oruganti at 1010 N Walnut, and she stated that she had, in fact, struck the retaining wall on Saturday, February 29th, around 1500 hours. Oruganti stated that she was having a panic attack at the time the collision happened, and that is why she did not contact law enforcement. Oruganti then walked me outside to show me the damage on her 2004 Chevrolet Impala, on the front passenger bumper.

Oruganti was taken into custody at 1610 hours, and was fingerprinted and released from MDPS with Summons #180181745 for Leaving the Scene of an Accident, with a Municipal Court date of 04/07/2020, at 1615 hours, at 415 N Market St., Maryville, Missouri.

| Officer | 207C POST, EMILY | / / | Approving Officer | 202A WILSON, WAYNE | / / |
|---|---|---|---|---|---|

# Maryville Police Department
101 N Vine St, Maryville, MO 64468

## Entity Report

| Report Date | Type Of Offense | Complaint No. | Case Status |
|---|---|---|---|
| 3/2/2020 9:05 AM | LEAVING SCENE OF ACCIDENT | 20-0316 | |

**Entity Information**  Roles:  REPORTING PARTY, VICTIM

| EntityType | Entity Name |
|---|---|
| BUSINESS | COENEN ELECTRIC |

**Contact**

| Title | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Addresses**

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 702 S MAIN ST | MARYVILLE | | | |

**Phone Numbers**

| Type | Phone | Ext/PIN |
|---|---|---|
| | (660) 582-4144 | ] |

**Email Addresses**

| Type | Email Address |
|---|---|
| NONE | |

**Reporting Party / Complainant**

Statement / Notes

**Victim**

Victim Type    ☐ Willing to Prosecute    Relation to Suspect

Statement / Notes:

---

| Reporting Officer | 207C POST, EMILY | Approving Officer | 202A WILSON, WAYNE |
|---|---|---|---|

Page 1 of 1          Printed 04/21/2025 1340

© 1994 - 2025 Omnigo Software St. Louis MO  omnigo.com

# Maryville Police Department

101 N Vine St, Maryville, MO 64468

## Uniform Complaint / Summons

| Summons No. | Issue Date/Time | Complaint No. |
|---|---|---|
| 180181745 | 03/03/2020 1610 | 20-0316 |

### Driver Information

| Last, First | Sex | Race | DOB | Age | Height | Weight |
|---|---|---|---|---|---|---|
| ORUGANTI, PRASANNA L | F | A | 05/06/1995 | | | |

| Street Address | City | State | ZipCode |
|---|---|---|---|
| 1010 N WALNUT ST | MARYVILLE | | 64468 |

| Driver License | State | SSN |
|---|---|---|
| 013A084001 | MO | |

Employer                                                   Address

### Offense / Vehicle Information

| Issue Date/Time | A C.M.V. | With Haz Mat | Did Unlawfully |
|---|---|---|---|
| 03/03/2020 1610 | ☐ | ☐ | |

Veh. Year    Vehicle Make    Vehicle Model    Style    Vehicle Color    Weight

Vehicle License #    License Year    VIN

| Block | Dir | Location / Street | | | | | Apt. Suite |
|---|---|---|---|---|---|---|---|
| D702 | S | MAIN ST | | | | | |
| City | | State | ZipCode | At Or Near | Geo | Sector | Ward |
| MARYVILLE | | MO | 64468 | | | | |

| Description of Violation | Seat Belt Violation | Driver License Held | License Returned |
|---|---|---|---|
| LEAVING SCENE OF ACCIDENT | ☐ | ☐ | |

Driving    MPH    When Limited To    MPH

| Amended Charges | Accident / DWI |
|---|---|
| DEFECTIVE EQUIPMENT | |

| State Statute | Local Code | State Code | Blood Alcohol |
|---|---|---|---|
| | | | 0.000 |

### Court Information

| Court Date/Time |
|---|
| 06/16/2020 1615 |

| Court | Court Division |
|---|---|
| MUNICIPAL | DIVISION IV |

| Street Address | City | State | ZipCode |
|---|---|---|---|
| 415 N MARKET ST | MARYVILLE | MO | 64468 |

| Court Disposition | Disposition Date/Time | Fine Amount |
|---|---|---|
| PG FINED $300 + $36.50 | 06/16/2020 1615 | $336.50 |

### Notes

| Reporting Officer | 207C | POST, EMILY | Officer |
|---|---|---|---|
| | | / / | / / |

# Maryville Police Department

101 N Vine St, Maryville, MO 64468

## Arrest Report

Report Date
**03/02/2020 0905**

| Arrest No. | State ID No. | Agency ORI **MO0740200** | Reference No. |
|---|---|---|---|
| Complaint No. **20-0316** | CCH Record **N** | Local ID No. | FBI No. |
| Hold Order ☐ | Agency Held For | Department **MARYVILLE DPS** | Arrest Classification **ORDINANCE VIO** |

### Arrestee

| Name (Last, First Middle Suffix) **ORUGANTI, PRASANNA L** | Race **A** | Sex **F** | DOB **05/06/1995** | Age at Arrest **24** | Age on 04/21/2025 **29** | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|---|

### Addresses

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 1010 N WALNUT ST | MARYVILLE | | 64468 | USA |

### Phone Numbers

| Type | Phone | Ext/PIN |
|---|---|---|
| C | (660) 528-0756 | |

### Email Addresses

| Type | Email Address |
|---|---|

### Aliases

| Last Name | First Name | Middle Name | Suffix | SSN | DOB |
|---|---|---|---|---|---|

| Drivers License **013A084001** | Type **DRIVERS** | State **MO** | Expires | Restrictions **NONE** | Marital Status **SINGLE** | Resident Status **R** | Ethnicity **N** | Language |
|---|---|---|---|---|---|---|---|---|

### Physical Description

| Height | Weight | Build | Skin Color | Complexion | Eyes **BRO** | Type of Eyewear |
|---|---|---|---|---|---|---|
| Hair **BLK** | Hair Length | Hair Style | Beard | Mustache | Side Burns | Mannerisms |

### Place of Birth

| City | State |
|---|---|
| Country | |

### Scars/Marks/Tattoos

| Scar / Mark / Tattoo | Code | Body Location | Short Description | Long Description |
|---|---|---|---|---|

### Clothing

| Item Type | Color | Markings |
|---|---|---|

### Education

| Read/Write ☐ | Institution | Last Grade Completed | Status |
|---|---|---|---|

### Identification Numbers

| Local PD # | Local SO # | State # | Military ID # | Branch | Rank |
|---|---|---|---|---|---|
| FBI # | NCIC # | DOC # | Passport ID # | Type | Issued By | Exp. Date |

| Reporting Officer | 207C POST, EMILY | Approving Officer ( I ) | 202A WILSON, WAYNE |
|---|---|---|---|

Page 1 of 3    Printed 04/21/2025 1340

© 1994 - 2025 Omnigo Software St. Louis MO omnigo.com

# Maryville Police Department
101 N Vine St, Maryville, MO 64468

## Arrest Report

**Report Date**
03/02/2020 0905

| | Alien Req. | Type | Issued By | Exp. Date |
|---|---|---|---|---|

### Vehicle Information
| License | State | Type | Exp. Year | Exp. Month | Renewal Tag # | VIN |
|---|---|---|---|---|---|---|

| Year | Make | Model | Style | Color Top | Color Bottom |
|---|---|---|---|---|---|

### Employment
| Company Name | Job Title | Schedule |
|---|---|---|

| Street | City | State | Zip Code | Phone No. | Ext |
|---|---|---|---|---|---|

### Emergency Contact
| Emergency Contact Name | Relationship | Address | Phone No. |
|---|---|---|---|

### Charge Information
| Charge | | State Statute | State Charge Code | Category |
|---|---|---|---|---|
| Cause Number | Local Code | Jurisdiction | Type/Class | Bond Type | Bond Amount |

**LEAVING SCENE OF ACCIDENT** — 577060 — 577.060-005Y20175400 — OTHMIS
M — CASH ONLY — $0.00

### Arrest Information
| Arrest Date / Time | Arresting Officer ID - Name | Booking Date / Time | Booking Officer ID - Name | Booking Number |
|---|---|---|---|---|
| 03/03/2020 1610 | 207C - POST, EMILY | 03/03/2020 1630 | 207C - POST, EMILY | |

### Alerts
| Caution | Under Watch | Reason for Watch | Under Medication | Type of Medication |
|---|---|---|---|---|
| | ☐ | | ☐ | |

### Arrest Location
| Street | City | State | Zip Code | County |
|---|---|---|---|---|

| Sector | Precinct | Geo | Ward | Primary Location | Secondary Location |
|---|---|---|---|---|---|

### Miranda
| First Miranda | Date / Time | Officer ID - Name | Second Miranda | Date / Time | Officer ID - Name |
|---|---|---|---|---|---|
| ☐ | | - | ☐ | | - |
| | Location | | | Location | |

### Fingerprints
| State / NCIC Search | Fingerprint Class | DNA Swab Taken |
|---|---|---|
| ☐ | | ☐ |

### Transported
| Transported By | Transported To |
|---|---|
| - | |

### Attorney Information
| Public Defender | Name | Address | Phone No. |
|---|---|---|---|
| ☐ | | | |

| Reporting Officer | 207C POST, EMILY | Approving Officer ( I ) | 202A WILSON, WAYNE |
|---|---|---|---|

Page 2 of 3    Printed 04/21/2025 1340

© 1994 - 2025 Omnigo Software St. Louis MO omnigo.com