

# SEVIS HELP HUB
## Terminate a Student

Home \ SEVIS Help Hub \ Student Records \ Completions and Terminations \ **Terminate a Student**

# TERMINATE A STUDENT

Last updated: November 7, 2024

## Quick Links:

- Overview

🇺🇸 Official website of the Department of Homeland Security

**SEVIS Help Hub Navigation**

**Student Records**

Classification of Instructional Programs (CIP)

[Translate this page](#)

Details

Sample Form I-20

- Terminate a Student Record
- Manage Terminated Records

**Expand All** | **Collapse All**

Overview

Effects of Termination



When an F-1/M-1 SEVIS record is terminated, the following happens:

- Student loses all on-and/or off-campus employment authorization.
- Student cannot re-enter the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the student.
- Any associated F-2 or M-2 dependent

Student Information

Certificates of Eligibility

**Completions and Terminations**

Complete Program

**Terminate a Student**

Termination Reasons

Corrections and Correction Requests

F/M Status

F/M Student Employment

Manage Program Dates, Registration and

Update Student Records

**Translate this page**

🇺🇸 Official website of the Department of Homeland Security

Grace Periods after a Termination

Depending on the termination reason, there may be a grace period during which a student and dependents must depart the United States or apply for reinstatement.

| Termination Reason | Duration of Status |
|---|---|
| **Termination for any violation of status** | <ul><li>**No grace period.**</li><li>If the student and dependents are still in the United States, the student must either apply for reinstatement, or the student and dependents must leave the United States immediately.</li></ul> |
| **Authorized Early Withdrawal** | Student and any accompanying dependents must leave the United States within 15 days of termination date.<br><br>**Important Note**: This grace period only applies to F-1 students and their dependents. It does not apply to M-1/M-2 students and dependents. |
| | Student F 1/M 1 status, and any student |

SEVIS Basics

School Records

Official website of the Department of Homeland Security

Translate this page

| Change of Status Denied | <ul><li>Nonimmigrant requests a change of status (COS) to F 1 or M 1 and is denied.</li></ul> |
|---|---|

| Termination Reason | Duration of Status |
|---|---|
| | • If the nonimmigrant has maintained the current status while the COS to F/M was pending, the student remains in previous nonimmigrant status and must follow the authorized stay requirements of that status. |

 *Preparation for Departure* 8 CFR 214.2(f)(5) (iv)

### Termination versus Other End of Program Actions

The table below lists the program ending actions and when a DSO should use them:

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](Translate this page)

**Status**

| | • The student has not/will not use the Initial Attendance |

| Action | Use It When |
|---|---|
|  | Form I-20 to enter the United States.<br><br>**Note:** This cancels all associated dependent records. |
| **Complete Program** | <ul><li>The record is Active.</li><li>The student has both:<ul><li>Graduated or completed his/her course of study</li><li>Left or plans to leave the United States in the immediate future.</li></ul></li></ul> |
| **Shorten Program** | <ul><li>The record is Active.</li><li>The student will finish the program earlier than the current program end date in the record.</li></ul> |
|  | <ul><li>The record is in Initial or Active status.</li></ul> |

🇺🇸 Official website of the Department of Homeland Security

Translate this page

canceled record, but the action will show as a correction in event history.

## Terminate a Student Record

To terminate a record in Initial or Active status:

1. Go to the _Student Information_ page.



🇺🇸 Official website of the Department of Homeland Security

Translate this page

2. Click **Terminate Student**. The _Terminate Student_ page opens.

4/23/25, 10:56 AM
Case: 2:25-cv-00409-ALM-EPD Doc #: 13-12 Filed: 04/25/25 Page 7 of 18 PAGEID #: 265
Terminate a Student | Study in the States



You cannot terminate the Initial record of a student, who is requesting a change of education level, if the previous record is still Active. In this case, from the *Student Information* page you must:

**First:** Cancel Change Education Level



Official website of the Department of Homeland Security

Translate this page

- **Absent from Country for Five Months**
- **Authorized Drop Below Full Course Time Exceeded**

- **Authorized Early Withdrawal**
- **Change of Status Approved**
- **Change of Status Denied**
- **Change of Status Withdrawn**
- **Death**
- **Denied Transfer (M-1 student only)**
- **Expulsion**
- **Extension Denied**
- **Failure to Enroll**
- **Failure to Report While on OPT**
- **No Show – Manual Termination**
- **Otherwise Failing to Maintain Status:** If you select this termination reason, enter an explanation in the text box provided.
- **Suspension**
- **Transfer Student No Show**
- **Transfer Withdrawn (M-1 student only)**
- **Unauthorized Drop Below Full Course**
- **Unauthorized Employment**

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

See [Student Termination Reasons Available in SEVIS to DSOs](#) in SEVIS Help Hub

 [Termination Reasons article](#) for a detailed description of the termination reasons.

4. Enter any optional comments in the **Remarks** field. This field has a 1,000-character limit.

> Comments entered in the **Remarks** field will overwrite existing remarks on page one of the printed Form I-20.

5. Click one of the following:

- **Terminate Student**: Terminates the student. A *Confirm* page opens.

---

## Confirm

**Are you sure you want to change the status of the student to Terminated? Once the student has been**
terminated you will not be able to take any action on this student or print the student's record without

---

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

---

- Click **No** to cancel the action and return to the *Student Information* page.

- Click **Yes** to proceed with the student's termination. An *Update Successful* page opens.



- Click **Return to View Record** to view the *Student Information* page.

- Click **Print I-20** to print a copy of the student's Form I-20.

- **Reset Values**: Clears all fields on the page.

- **Cancel**: Cancels the termination action and return to the *Student Information* page.

---

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

---

- View [lists of students in terminated status or soon to be terminated](#):

  - Students Terminated Due to Change of Status Approved

- Students Terminated Due to Change of Status Denied

- Students Within 45 Days of Termination

- Terminated Students Nearing their Reinstatement Deadline

- Terminated Status Students (in past 18 months)

- [Correct Termination Reason](#), if the termination reason in SEVIS is wrong.

- [Correct Student SEVIS Status](#), if the record was terminated:

  - For authorized early withdrawal and the student is returning after an absence of less than five months.

  - Incorrectly by a DSO, SEVIS, or a government official.

- Request [Reinstatement](#) if the student violated status and will try to regain status without leaving the United States.



- See 8 CFR 214.2(f)(16)(i) for F-1 eligibility criteria.
- See 8 CFR 214.2(m)(16)(i) for M-1 eligibility criteria.

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

4/23/25, 10:56 AM
Terminate a Student | Study in the States
Case: 2:25-cv-00409-ALM-EPD Doc #: 13-12 Filed: 04/25/25 Page: 13 of 18 PAGEID #: 271

[Create a new Form I-20](#) for initial attendance if the student violated status and will regain status by leaving the United States and re-entering on a new Form I-20.

Regaining status through travel will restart that student's F-1 or M-1 status and benefits clock over again.

**Note**: You must create a new SEVIS record, and the student must pay the I 901 SEVIS fee again.

# WHAT'S NEW

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

4/23/25, 10:56 AM
Terminate a Student | Study in the States
Case: 2:25-cv-00409-ALM-EPD Doc #: 13-12 Filed: 04/25/25 Page: 14 of 18  PAGEID #: 272



# Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

[Read more on the blog](#)

Official website of the Department of Homeland Security

[Translate this page](#)



# Learn About Summer Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

[Read more on the blog](#)

## ICON GUIDE

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

I'm Looking For

# CONTACT US

🇺🇸 Official website of the Department of Homeland Security

[Translate this page](#)

 SEVP Response Center

703-603-3400

 Monday - Friday

8:00 a.m. to 6:00 p.m. ET,

except holidays

 SEVP@ice.dhs.gov

 ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

 Yes ◯ No

Submit

🇺🇸 Official website of the Department of Homeland Security

Translate this page



# Homeland Security

## About

About Study in the States

About SEVIS

Contact Us

## Help

Accessibility

Metrics

Privacy Policy

Site Index

## Partners

Department of State

Department of Education

Department of Commerce

Department of Labor

Department of Justice