**Minnesota**

# Indonesian student detained by Ice after US secretly revokes his visa

Aditya Wahyu Harsono, father of infant with special needs, surprised at work despite valid visa through June 2026



Aditya Wahyu Harsono and his wife, Peyton, with their newborn. Photograph: Peyton Harsono/GoFundMe

**Coral Murphy Marcos**

Sat 19 Apr 2025 18.31 EDT

An Indonesian father of an infant with special needs, who was detained by federal agents at his hospital workplace in Minnesota after his student visa was secretly revoked, will remain in custody after an immigration judge ruled on Thursday that his case can proceed.

Judge Sarah Mazzie denied a motion to dismiss the case against Aditya Wahyu Harsono on humanitarian grounds, according to his attorney. Harsono, 33, was arrested four days after his visa was revoked without notice. He is scheduled for another hearing on 1 May.

"His wife has been in a state of shock and exhaustion," Sarah Gad, Harsono's lawyer, said. "The Department of Homeland Security has weaponized the immigration system to serve just an entirely different purpose, which is to instill fear."

Harsono, a supply chain manager at a hospital in Marshall, Minnesota, who is married to a US citizen, was surprised by authorities in his workplace

**Most viewed**

Meet the new American refugees fleeing across state

basement on 27 March. Gad said that Harsono was detained without clear explanation and interrogated for hours.

Harsono's wife, Peyton, called Gad in a panic after she received a call from human resources at the hospital. Two Immigration and Customs Enforcement (Ice) agents, dressed in plain clothes, had shown up and instructed the staff to stage a fake meeting in the basement so they could apprehend him, according to Gad.

Hospital staff were distraught but felt forced to comply.

"He unsuspectedly walks in, smiling, and then they just pull out their handcuffs and forcibly detain him, pushing against the wall, start frisking him, and stripping all of his belongings," Gad said.



 Aditya Wahyu Harsono and Peyton Harsono, with their baby. Photograph: Peyton Harsono/GoFundMe

The Department of Homeland Security and the Department of State did not immediately respond to requests for comment from the Guardian.

Harsono was brought to the Kandiyohi county jail, where he is still detained, according to the Ice detainee locator.

He told the Ice agents that his F-1 student visa was valid through June 2026, and that he had a pending green-card application based on his marriage to a citizen, but that he had been issued a notice to appear in court stating that he had overstayed his visa.

His attorney said that as of 28 March, the day after his arrest, his F-1 visa was still active. Gad said the government revoked it without any notice to him, and then claimed he had overstayed.

The revocation was backdated to 23 March and allegedly based on his 2022 misdemeanor conviction for graffitiing a semi-truck trailer. Gad said that this is not a deportable offense under the Immigration and Nationality Act. He

 lines for safety

 A year of hate: what I learned when I went undercover with the far right

 Trump denies aid for Arkansas after storms that killed more than 40 people

 US army suspends commander after Trump and Hegseth portraits flipped to face wall

Now comes the 'womanosphere': the anti-feminist media telling women to be thin, fertile and Republican

had traveled internationally and returned multiple times to Indonesia since the conviction without incident.

The day before Harsono's bond hearing, DHS disclosed their evidence against him. Besides stating that his visa had been revoked for the misdemeanor graffiti conviction, for which he paid $100 in restitution, they also mentioned an arrest from 2021 during a protest over the murder of George Floyd. That charge was dismissed.

Harsono is Muslim and frequently posts on social media in support of humanitarian relief for Gaza. He also runs a small non-profit, which sells art and merchandise, with proceeds going to organizations aiding Gaza.

His wife and eight-month-old daughter, who has special needs, are distraught by his arrest, Gad said. After the judge granted Harsono a $5,000 bond on 10 April, the Minnesota Freedom Fund had been en route to pay it. But DHS immediately filed a notice to appeal the bond decision, which triggered an automatic stay, meaning Harsono had to remain in custody. Gad said this type of move is rare, usually only seen when a judge grants bond to someone charged with violent or serious crimes.

**Sign up to This Week in Trumpland**                                       *Free newsletter*

A deep dive into the policies, controversies and oddities surrounding the Trump administration

**Enter your email address**

[                                                                    ]  Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

"You never involve stays of an immigration judge's bond order for a minor conviction when somebody's on their way to becoming a green-card holder," she said.

Gad is preparing to file a federal petition and a temporary restraining order against DHS.

In an appeal for help on GoFundMe, Harsono's wife explained that her husband had been fired from his job while in detention and now the family is "in danger of losing our apartment" and they "no longer have health insurance".

The Minnesota Nurses Association condemned the hospital worker's arrest and restated its position that "nurses should not and will not serve any role in immigration enforcement" and its hope that "all hospital employees will also reject a role in assisting Ice".

Harsono's case comes amid a wave of reports of student visas being revoked under the Trump administration's new executive policy. The actions by the

Case: 2:25-cv-00409-ALM-EPD Doc #: 13-18 Filed: 04/25/25 Page: 4 of 6 PAGEID #: 338

federal government to terminate students' legal status have left hundreds of scholars at risk of detention and deportation.

At least 901 students at 128 colleges and universities have had their visas revoked or their legal statuses terminated since mid-March, according to an Associated Press review of university statements and correspondence with school officials.

In some high-profile cases, including the detention of the former Columbia University graduate student Mahmoud Khalil, the Trump administration has argued it should be allowed to deport noncitizens over involvement in pro-Palestinian activism it casts as antisemitic. But in the vast majority of visa revocations, colleges say there is no indication that affected students had a role in protests.

**You've read 5 articles in the last year**    Article count **on**

### Why you can rely on the Guardian not to bow to Trump – or anyone

I hope you appreciated this article. Before you move on, I wanted to ask whether you could support the Guardian's journalism as we face the unprecedented challenges of covering this administration.

As Trump himself observed: "The first term, everybody was fighting me. In this term, everybody wants to be my friend."

He's not entirely wrong. Already, several large corporate-owned news organizations have settled multimillion-dollar lawsuits with the president in order to protect their business interests. Meanwhile, billionaires have intervened editorially in the news outlets they own to limit potentially unfavorable coverage of the president.

The Guardian is different: we have no interest in being Donald Trump's – or any politician's – friend. Our allegiance as independent journalists is not to those in power but to the public. Whatever happens in the coming months and years, you can rely on the Guardian never to bow down to power, nor back down from truth.

How are we able to stand firm in the face of intimidation and threats? As journalists say: follow the money. The Guardian has neither a self-interested billionaire owner nor profit-seeking corporate henchmen pressuring us to appease the rich and powerful. We are funded by our readers and owned by the Scott Trust – whose only financial obligation is to preserve our journalistic mission in perpetuity.

What's more, in a time of rising, democracy-threatening misinformation, we make our fiercely independent journalism free to all, with no paywall – so that everyone in the US can have access to responsible, fact-based news.

**With the administration already cracking down on free speech, banning reporters from the Oval Office, and the president and his allies pursuing**

lawsuits against news outlets whose stories they don't like, it has never been more urgent, or more perilous, to pursue fair, accurate reporting. Can you support the Guardian today?

We value whatever you can spare, but a recurring contribution makes the most impact, enabling greater investment in our most crucial, fearless journalism. As our thanks to you, we can offer you some great benefits – including seeing far fewer fundraising messages like this. We've made it very quick to set up, so we hope you'll consider it. Thank you.



**Betsy Reed**
*Editor, Guardian US*

○ Support $5/month

**Recommended**

◉ Support $15/month

Unlock **All-access digital** benefits:

- Unlimited access to the Guardian app
- Unlimited access to our new Feast App
- Ad-free reading on all your devices
- Exclusive newsletter for supporters, sent every week from the Guardian newsroom
- Far fewer asks for support

○ Support once from just $1

Continue →    Remind me in June      

## Related stories

**Georgetown alumni and students call for release of scholar detained by Ice**
14 Apr 2025

**US government has revoked more than 600 student visas, data shows**
10 Apr 2025

**Homeland security revokes legal status for those who entered US via Biden-era CBP One app**
8 Apr 2025

**Minnesota officials seek answers after Ice detains graduate student**
30 Mar 2025

4/24/25, 1:06 PM
Indonesian student detained by Ice after US secretly revokes his visa | Minnesota | The Guardian
Case: 2:25-cv-00409-ALM-EPD Doc #: 13-18 Filed: 04/25/25 Page: 6 of 6 PAGEID #: 340

   

## More from Headlines

**Russia-Ukraine war**
'Vladimir, stop!' Trump issues rare rebuke to Putin as Kyiv attack toll rises to 12
1h ago



US politics live
**Trump to meet with top Atlantic editor who was accidentally added to Hegseth Signal group chat**
8m ago



**Environmental justice**
Trump administration kills landmark pollution settlement in majority-Black county
4h ago



**Music**
R&B singer Kehlani barred from Cornell performance over pro-Palestine comments
3h ago



## Most viewed