Case: 2:25-cv-00409-ALM-EPD Doc #: 13-20 Filed: 04/25/25 Page: 1 of 6 PAGEID #: 351
Ohio State reports 12 revoked student visas, not all currently in US

# The Columbus Dispatch

EDUCATION

# Ohio State says not all international students remain in US as revoked visas climb to 12



**Sheridan Hendrix**
Columbus Dispatch

April 15, 2025, 4:24 p.m. ET

**Key Points**  AI-assisted summary ⓘ

Twelve Ohio State University international students have had their visas revoked, an increase from the initial five reported earlier this month.

At least 28 international students at Ohio colleges and universities have had their visas revoked since late March.

The number of Ohio State University international students with revoked student visas is now up to 12, the university confirmed April 15.

Ohio State spokesperson Ben Johnson said the not all of the affected students are currently in the U.S., though their travels aren't necessarily related to deportation or self-deportation.

"We don't believe any have been deported," Johnson said.

The Dispatch first reported April 4 that the Trump administration had revoked five students' visas. The number has increased three times since then.

Ohio State reports 12 revoked student visas, not all currently in U.S

Ohio State President Ted Carter said in a recent campuswide email that the university has been in contact with the affected students. Multiple university offices, including Student Legal Services, are coordinating to assist each of the students, he said.

Carter added that university officials were "not formally notified of these actions by the government, nor have we received any information about why the students' visas were revoked."

At least 28 international students at Ohio colleges and universities have had their visas revoked since late March, according to Inside Higher Ed.

The Trump administration has revoked hundreds international student visas nationwide in the last several weeks. U.S. Secretary of State Marco Rubio said in March that there is no right to a student visa, describing them as a privilege that can be revoked, especially if the students break laws of any kind. Rubio said these visas are being revoked "every day."

*Higher education reporter Sheridan Hendrix can be reached at shendrix@dispatch.com and on Signal at @sheridan.120. You can follow her on Instagram at @sheridanwrites.*

Ohio State reports 12 revoked student visas, not all currently in U.S

Ohio State reports 12 revoked student visas, not all currently in U.S.

Case: 2:25-cv-00409-ALM-EPD Doc #: 13-20 Filed: 04/25/25 Page: 6 of 6 PAGEID #: 356

