IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PRASANNA ORUGANTI,** : | |
| : | |
| Plaintiff, : | Case No. 2:25-cv-00409-ALM-EPD |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | |
| **KRISTI NOEM,** in her official capacity as : | Magistrate Judge Elizabeth Preston Deavers |
| as Secretary of Homeland Security; : | |
| the **DEPARTMENT OF HOMELAND** : | |
| **SECURITY**; and **TODD LYONS**, in his : | |
| official capacity as Acting Director of U.S. : | |
| Immigration and Customs Enforcement, : | |
| : | |
| **Defendants.** : | |

### ORDER RESETTING TIME FOR PRELIMINARY INJUNCTION HEARING

Due to a conflict with the Court's calendar, the Preliminary Injunction hearing is rescheduled to begin at **11:00 a.m.** on **Thursday, May 8, 2025** before the Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Columbus, Ohio, Court Room 1, Third Floor. If the hearing is not complete in one day, the hearing will resume on **Friday, May 9, 2025, at 8:30 a.m.**

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

IT IS SO ORDERED.

DATED: April 28, 2025

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**