IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PRASANNA ORUGANTI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00409<br><br>JUDGE ALGENON L. MARBLEY<br><br>MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |

**NOTICE OF FILING**

Defendants respectfully submit this notice to apprise the Court of a development that may impact the claims in this suit. As of April 26, 2025, Immigration and Customs Enforcement ("ICE") has promulgated a new policy concerning the termination of records in the Student and Exchange Visitor Information System ("SEVIS"). A copy of that new policy is enclosed herewith.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: christopher.yates@usdoj.gov
(614) 469-5715

*Attorney for Defendant*