IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PRASANNA ORUGANTI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00409<br><br>JUDGE ALGENON L. MARBLEY<br><br>MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |

**STIPULATION OF DISMISSAL**

Upon consultation and consent of the parties, counsel for Defendants represent that the SEVIS record for Plaintiff, Prasanna Oruganti has been re-activated, that re-activation having been executed and confirmed by the parties and non-party Plaintiff's employer on or by the evening of Monday, April 21, 2025. Also, SEVP has never claimed that it had terminated Oruganti's nonimmigrant status. ECF No. 12-1, PAGEID #: 199, Watson Decl., at ¶11. Therefore, counsel for Plaintiff and counsel for Defendants hereby dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and fees. Should Plaintiff re-file a related action, the United States Attorney's office will not object to relating that refiled action to this case, pursuant to Southern District of Ohio, Local Rule 3.1(b).

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

| | |
|---|---|
| s/Christopher R. Yates<br>CHRISTOPHER R. YATES (0064776)<br>Assistant United States Attorney<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215<br>E-mail: christopher.yates@usdoj.gov<br>(614) 469-5715<br>*Attorney for Defendant* | s/Emily Brown<br>EMILY BROWN (0092553)<br>Moritz Clinical Programs<br>The Ohio State Univ. Moritz College of Law<br>PO Box 10095<br>Columbus, Ohio 43201<br>E-mail: Brown.4485@osu.edu<br>(631) 897-9699 |

1

                                                s/Kathleen Kersh
                                                KATHLEEN KERSH (0091198)
Advocates for Basic Legal Equality
130 West 2nd Street, Suite 700
Dayton, Ohio 45402
E-mail: kkersh@ablelaw.org
(937) 535-4408

*Attorneys for Plaintiff*